UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60992-BLOOM/Valle

SADIE M. DYCE,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant Bank of America, N.A.'s Motion to Strike Jury-Trial Demand, ECF No. [8] ("Motion"). Defendant filed its Motion on May 2, 2019, providing Plaintiff until May 16, 2019 – at the very latest – to file a response. On May 17, 2019, with no response having been filed, this Court Ordered that "Plaintiff must file her response to the Motion, if any, **no later than May 24, 2019**." ECF No. [15] (emphasis in original). The Court cautioned that "[i]f Plaintiff fails to file any response, the Court shall consider the merits of the Motion without the benefit of a response or responses, and such failure may be deemed sufficient cause to grant the motion by default." *Id.* (citing S.D. Fla. L. R. 7.1(c)).

As of the date of this Order, Plaintiff has not filed a response, nor requested an extension of time to do so. Nevertheless, the Court has considered Defendant's arguments and finds that striking Plaintiff's request for a jury trial is warranted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [8]**, is **GRANTED**;

2. This case will proceed to trial on the date previously scheduled, as a bench trial.

Case No. 19-cv-60992-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 28, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Sadie M. Dyce
3612 SW 68 Lane
Miramar, FL 33023