IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SADIE M. DYCE,                                    CASE NO.: 19-cv-60992-BLOOM/Valle

        Plaintiff,

v.

BANK OF AMERICA, N.A.,

        Defendant.         /

**DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR THE COURT TO DESIGNATE A MEDIATOR AND A DATE, TIME AND LOCATION FOR MEDIATION**

Defendant, Bank of America, N.A. ("Bank of America"), through undersigned counsel, moves this Honorable Court to designate a mediator and a date, time and location for mediation, and in support states as follows:

On May 31, 2019, the Court entered an Order granting Defendant's Motion for Extension of Time to Comply with Court Order Regarding Mediation. [D.E. 18]. The parties were to file a notice of mediation identifying the mediator, date and time by June 7, 2019.

In light of Plaintiff's counsel's suspension from practice in this Court, the Court changed Plaintiff's status to pro se. [D.E. 11]. On May 29, 2019, undersigned counsel sent Plaintiff a letter proposing a mediator, dates and location. In the same letter, undersigned counsel also requested Plaintiff's initial disclosures, which are now fourteen (14) days late. [D.E. 17-1]. To date, undersigned counsel has not received a response from Plaintiff.

Instead, on May 30, 2019, undersigned counsel received an email from Plaintiff's counsel again inquiring about settlement. Undersigned counsel responded and requested Plaintiff's telephone number and/or email address so that undersigned counsel could communicate with Plaintiff directly regarding the mediator selection, date/time/location and Defendant's request for initial disclosures. As of the filing of this Motion, undersigned counsel has not received a response.

Defendant is ready, willing and able to comply with the Court's May 10, 2019 Order Setting Trial and Pre-Trial Schedule [D.E.14]. Defendant proposed a mediator, several dates and a location for mediation. However, having received no response from Plaintiff, Defendant is unable to file a notice of mediation. Therefore, Defendant respectfully requests that the Court designate a mediator and date/time/location for mediation.

WHEREFORE, Defendant, Bank of America, N.A. respectfully requests that the Court designate a mediator and date/time/location for mediation, together with such other relief that the Court deems just and proper.

### CERTIFICATION UNDER LOCAL RULE 7.1(a)(3)

Undersigned counsel hereby certifies that she has not received a response to the May 29, 2019 letter [D.E. 17-1] and that she has requested Plaintiff's telephone number and email address from Plaintiff's counsel, but has not received a response.

**LIEBLER, GONZALEZ & PORTUONDO**
*Attorneys for Bank of America, N.A.*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel.: (305) 379-0400
Fax.: (305)379-9626
service@lgplaw.com

By:   /s/ *Christine M. Manzo*
CHRISTINE M. MANZO
Florida Bar No.: 52121

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, I caused a copy of this document to be filed through the Court's CM/ECF filing system and to be served via regular mail on the following recipient:

Sadie M. Dyce
Pro Se Plaintiff
3612 SW 68th Lane
Miramar, FL 33023