UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60992-BLOOM/Valle

SADIE M. DYCE,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER DENYING MOTION TO APPOINT MEDIATOR

**THIS CAUSE** is before the Court upon Defendant's Motion for the Court to Designate a Mediator and a Date, Time and Location for Mediation, ECF No. [19] ("Motion"), filed on June 7, 2019. For the reasons stated below, Defendant's Motion is denied.

Defendant removed the action to this Court on April 18, 2019. *See* ECF No. [1]. On April 19, 2019, the Clerk filed a Notice stating that attorney Omar J. Arcia for Plaintiff was not added to this case pursuant to Administrative Order 2017-2019 In re: Order of Suspension of Attorney Omar Javier Arcia,. ECF No. [4]. On May 3, 2019, the Court Ordered Defendant to serve a copy of the Notice of Removal and Defendant's Motion to Strike Jury-Trial Demand on Plaintiff and file a Certificate of Compliance with the Court indicating when service was made and the address where Plaintiff was served. ECF No. [9] at 1. In light of Plaintiff's counsel's suspension from practicing before this Court, the Court changed Plaintiff's status to *pro se* on May 6, 2019. *See* ECF No. [11]. The Court designated Plaintiff's address for the purpose of receiving notice of filings as 3612 SW 68th Lane, Miramar Florida 33023 — the only address listed for Plaintiff in the record. *See, e.g.*, ECF No. [1-1] at 13.

On May 8, 2019, Defendant filed an Amended Certificate of Compliance, stating that on May 6, 2019, Defendant's counsel sent to Plaintiff via certified mail a copy of the Notice of Removal and a copy of the Motion to Strike Jury-Trial Demand. ECF No. [12] at 2. Additionally, on May 8, 2019, Plaintiff was personally served with copies of the Motion to Strike Jury-Trial Demand and Notice of Removal at 3612 SW 68th Lane, Miramar, FL 33023. *Id.* On May 10, 2019, the Court ordered the parties to select a mediator pursuant to Local Rule 16.2, schedule a time, date and place for mediation, and jointly file a proposed order scheduling mediation on or before May 31, 2019. ECF No. [14] at 1 (the "Scheduling Order"). On May 31, 2019, the Court granted Defendant's Motion for Extension of Time until June 7, 2019 to select a mediator and schedule a time, date, and place for mediation, as Plaintiff failed to respond to Defendant's May 29, 2019, letter recommending a mediator and proposed dates for mediation. *See* ECF Nos. [17] and [18].

In the instant Motion, Defendant informs the Court that Defendant's counsel has not received a response from Plaintiff to the May 29, 2019 letter. As such, Defendant is unable to file a notice of mediation and requests that the Court designate a mediator and date/time/location for mediation. Given Plaintiff's continued failure to participate in this action, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion, **ECF No. [19]**, is **DENIED**.
2. On or before **June 17, 2019**, Plaintiff must contact Defendant's counsel to confer regarding selecting a mediator, and a date, location, and time of mediation, as required by the Scheduling Order. Should Plaintiff fail to comply, Defendant shall file a notice of non-compliance on or before **June 20, 2019**. Plaintiff's failure to

Case No. 19-cv-60992-BLOOM/Valle

comply with the requirements of this Order will result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida on June 10, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Sadie M. Dyce
3612 SW 68 Ln
Miramar, FL 33023